UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JOEL SOLOMON,

                                   Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                                   Defendants.

------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

14-CV-2821 (ARR) (JO)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

FLAMHAFT LEVY HIRSCH &
RENDEIRO LLP
*Attorneys for Plaintiff*
16 Court Street, Suite 3301
Brooklyn, NY 11241

By: _____
Andrew S. Rendeiro
*Attorney for Plaintiff*

MICHAEL O. HUESTON
*Attorney for Plaintiff*
16 Court Street, Suite 3301
Brooklyn, New York 11241

By: _____
Michael O. Hueston
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City and Cullen*
100 Church Street, Rm. 3-208
New York, New York 10007

By: _____
Patrick Beath
*Assistant Corporation Counsel*

Dated: New York, New York
       11/12/14, 2014

SO ORDERED/

/s/(ARR)
_____
HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

12/2/14

2